# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 13-207 (2) (SRN/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Rashid Fehmi Ibrahim, | |
| Defendant. | |

---

Benjamin F. Langner, Assistant United States Attorney, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, (for Plaintiff).

Gary Wolf, Wolf Law Office, 250 Second Avenue South, Suite 205, Minneapolis, MN 55401, (for Defendant).

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated October 9, 2014 [Docket No. 82], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Suppress Statements [Docket No. 50] is **DENIED**.

2. Defendant's Motion to Suppress Seized Evidence [Docket No. 51] is **DENIED**.

Date: November 12, 2014         s/Susan Richard Nelson
                                SUSAN RICHARD NELSON
                                United States District Judge