## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: 13-207(2) (SRN/TNL) |
| Plaintiff, | |
| v. | ORDER |
| RASHID FEHMI IBRAHIM, | |
| Defendant. | |

___

Benjamin Langner and Kimberly Svendsen, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN for Plaintiff.

Gary R. Wolf, Wolf Law Office, 247 Third Avenue South, Minneapolis, MN 55415-1003, and Murad M. Mohammad, Pacyga & Mohammad, LLC, 333 South Seventh Street, Suite 2850, Minneapolis, MN 55402 for Defendant.

___

This matter is before the Court on the unopposed motion of the United States, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss Counts 6, 13, and 16 of the Superseding Indictment [Docket No. 123].

Based on all the files, records, and proceedings herein, IT IS HEREBY ORDERED that: the Government's Motion is GRANTED.  Counts 6, 13, and 16 of the Superseding Indictment are dismissed.

Dated: June 5, 2015             /s/Susan Richard Nelson
                                Susan Richard Nelson
                                United States District Judge